UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BONNIE MAGLIO,

        Civil Action No. 1:14-cv-882

    Plaintiff,

  v.

MERCANTILE ADJUSTMENT BUREAU, LLC

    Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Bonnie Maglio, hereby voluntarily dismisses this action against Defendant Mercantile Adjustment Bureau, LLC with prejudice.

DATED:    December 9, 2014

/s/Seth J. Andrews, Esq._____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884